# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 607 MAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 964 MDA 2016 entered on August 4,
: 2017, **affirming** the Judgment of
NICHOLAS R. BOYD CHISHOLM, : Sentence of the Dauphin County
: Court of Common Pleas at No. CP-22-
Petitioner : CR-0006106-2014 entered on June 1,
: 2016

## ORDER

**PER CURIAM** DECIDED: May 16, 2018

**AND NOW**, this 16th day of May, 2018, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for further consideration in light of *Commonwealth v. Romero*, __ A.3d __, 2018 WL 1960611 (Pa. 2018).